**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ANICASIA DIAZ, LUDWIG ALONSO,
JULIA DeLEON, MARIA GOMEZ,
FREDESWINDA MORCIGLIO,
MARIOLA TRUSZKOWSKI, and PEDRO
QUINONES,

                 Plaintiffs,

-against-                          17 **CIVIL** 8898 (WHP)

                                           **JUDGMENT**

LOCAL NO. 241, TRANSPORT WORKERS
UNION OF AMERICA, UNIVERSITY
DIVISION, and COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

                 Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 19, 2021, Plaintiffs' claims are dismissed for lack of standing. Because the issue of standing is jurisdictional, the dismissal is without prejudice. <u>Carter</u> 822 F.3d at 55; accordingly, this case is closed.

**Dated:** New York, New York

      April 20, 2021

                                                   **RUBY J. KRAJICK**
                                                    **Clerk of Court**
**BY:**
                                                      **Deputy Clerk**